PJS:MEM:dlm

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA SCHOUPPE,** | : | Civil No. 3:CV-16-00290 |
| Plaintiff | : | |
| | : | (Munley, J.) |
| v. | : | |
| | : | |
| **BLAKESLEE POST OFFICE, ET AL,** | : | |
| | : | |
| Defendants | : | Filed Electronically |

## MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

COMES NOW, Defendant United States of America, and moves this Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b) and to enter summary judgment in its favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this Motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has sought the concurrence of Plaintiff's Counsel pursuant to Local Rule 7.1.

                                      Respectfully submitted,

                                      PETER J. SMITH
                                      United States Attorney

                                      /s Mark E. Morrison
                                      Mark E. Morrison
                                      Assistant United States Attorney
                                      Attorney I.D. No. PA43875
                                      Dawn L. Mayko
                                      228 Walnut Street, 2nd Floor
                                      P.O. Box 11754
                                      Harrisburg, PA   17108-1754
                                      Tel: (717)221-4482
                                      Fax: (717)221-2246
Date: April 27, 2016              Mark.E.Morrison@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA SCHOUPPE,** | : | Civil No. 3:CV-16-00290 |
| Plaintiff | : | |
| | : | (Munley, J.) |
| v. | : | |
| | : | |
| **BLAKESLEE POST OFFICE,** | : | |
| **ET AL,** | : | |
| Defendants | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 27th day of April, 2016, she served a copy of the attached

**MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT**

by using the ECF filing system, which will send electronic notice of the filing to counsel.

ADDRESSEE:

Joshua B. Goldberg
Anders, Reigel & Massington, LLC
128 E. Broad Street
Bethlehem, PA 18018

                                                      s/ Dawn L. Mayko
                                                    Dawn L. Mayko